AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LUKE M. HUTTON,

       Petitioner,

            v.

HAROLD CLARK,

       Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-054-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment in favor of Respondent. File closed.

1. Petitioner's Petition for Writ of Habeas Corpus (Ct. Rec. 1) is DENIED.
2. Judgment shall be entered in favor of Respondent and against Petitioner.
3. Petitioner's request for an evidentiary hearing is DENIED.
4. Petitioner's request for the appointment of counsel is DENIED.

December 23, 2008  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer